[No. 34224-3-II. Division Two. January 17, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. DERRICK KIRKWOOD, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 01-1-01683-2, Linda CJ Lee, J., entered December 2, 2005. *Affirmed in part* and *remanded* by unpublished opinion per Houghton, C.J., concurred in by Armstrong and Hunt, JJ.

[No. 34473-4-II. Division Two. January 17, 2007.]

STEPHEN CLAPP ET AL., *Appellants*, v. OLYMPIC VIEW PUBLISHING COMPANY, LLC, *Respondent*.

Appeal from a judgment of the Superior Court for Clallam County, No. 05-2-01078-1, George L. Wood, J., entered January 26, 2006. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Bridgewater and Penoyar, JJ. Now published at 137 Wn. App. 470.

[No. 23763-0-III. Division Three. January 18, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. JON ERIC EVANS, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 01-1-01708-5, Ruth Reukauf, J., entered December 21, 2004. *Affirmed* by unpublished opinion per Sweeney, C.J., concurred in by Brown and Kato, JJ.